**Report and Order Terminating Supervised Release**
**Prior to Original Expiration Date**

# UNITED STATES DISTRICT COURT

FOR THE

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) <br> ) <br> v. ) <br> ) <br> Breanna R Lenten ) <br> ) | Docket No: 0972 2:24CR00171-001 |

On May 18, 2022, the above-named was sentenced to Supervised Release for a period of 5 years, in reference to the offense of 21 U.S.C. §§ 841 (a)(1), 841(b)(1)(A) and 846 – Conspiracy to Distribute 50 Grams or More of Methamphetamine (Actual) in the Western District of Missouri. Supervision commenced on September 7, 2022, in the Eastern District of California. On May 15, 2024, the Western District of Missouri transferred jurisdiction to the Eastern District of California.

The supervised releasee has complied with the rules and regulations of Supervised Release and is no longer in need of supervision. On October 24, 2024, Assistant U.S. Attorney James Conolly advised he does not object to Ms. Lenten's early termination from Supervised Release. It is accordingly recommended that the supervised releasee be discharged from supervision.

| Respectfully submitted, | Reviewed by, |
|---|---|
| *[signature]* | *[signature]* |
| **Steven J. Sheehan** <br> Sr. United States Probation Officer | **Shannon L. Morehouse** <br> Supervising United States Probation Officer |

**Dated:** November 4, 2024
Sacramento, California
SJS:sjs

**Re:   Breanna R Lenten**
    **Docket Number:   0972 2:24CR00171-001**
    <u>**Report and Order Terminating Supervised Release**</u>
    <u>**Prior to Original Expiration Date**</u>

---

## ORDER OF COURT

Pursuant to the above report, it is ordered that Breanna R Lenten be discharged from Supervised Release, and that the proceedings in the case be terminated.

| November 5, 2024 | *(signature)* |
|---|---|
| **Date** | **Kimberly J. Mueller**<br>**Senior United States District Judge** |

Attachment:   Recommendation

CC:   AUSA James Conolly
      Supervisee—Breanna R Lenten

Rev. 01/2021
PROB35__REPORT AND ORDER TERMINATING SUPERVISION PRIOR TO ORIGINAL EXPIRATION DATE (EARLY)